UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| STRATAGENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 02-3603 (WMN) |
| | ) | |
| TAKARA HOLDINGS, INC., and | ) | |
| TAKARA BIO, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO EXTEND THE TIME TO SERVE
DEFENDANTS WITH COMPLAINT AND SUMMONS**

In accordance with L.R. 103.8 and Fed. R. Civ. P. 4(m), Plaintiff, Stratagene, hereby respectfully moves for an Order granting a 90-day extension of time to effect formal service on defendants, Takara Holding, Inc. and Takara Bio, Inc. (collectively, "Takara"), with the Complaint and Summons in the above-captioned case. The current 120-day deadline to serve defendants is March 4, 2003. Both of these entities are located in Japan, thereby necessitating service under the provision of the Hague convention. While Stratagene has been in discussions with Takara's counsel, Takara has not agreed to accept service. Stratagene also notes that counsel have been in discussions concerning the mutual exchange of confidential information to allow the parties to better assess the various issues in the case. Stratagene seeks an extension up to and including June 2, 2003 to serve defendants if the case is not resolved prior to that date. This request is not made for dilatory purposes, but instead, to give the parties additional time to work to amicably resolve this dispute.

On November 4, 2002, Stratagene filed the instant patent infringement suit against defendant alleging infringement of U.S. Patent No. 5,556,772 due to Takara's making, using, selling and/or offering to sell certain polymerase products. Stratagene immediately forwarded a courtesy copy of the Complaint to Takara in an effort to amicably resolve this dispute without the need to effect formal service.

Stratagene respectfully submits that the requested 90 day extension of time will allow the parties sufficient time to determine if this matter can be settled as well as permitting sufficient time to serve the Japanese corporations.

## CONCLUSION

Fore the foregoing reasons, Stratagene respectfully requests a 90-day extension of time to June 2, 2003, to serve defendants with the Complaint and Summons.

Dated: March 3, 2003          Respectfully submitted,

_____
Marc R. Labgold, Ph.D.
Kevin M. Bell (MD Bar #14382)
PATTON BOGGS LLP
8484 West Park Drive
McLean, Virginia  22102
Telephone:  (703) 744-8000
Facsimile:   (703) 744-8001

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C.  20037-1350
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315

Attorneys for Plaintiff Stratagene

3621287v1