UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| STRATAGENE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 02-3603 (WMN) |
| | ) |
| TAKARA HOLDINGS, INC., and | ) |
| TAKARA BIO, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter came before the undersigned Judge on Plaintiff's Motion to Extend the Time to Serve Defendants with Complaint and Summons, and on due consideration, now therefore, this ___ day of March, 2003,

IT IS HEREBY ORDERED that Stratagene's Motion is GRANTED and that Stratagene shall have up to and including June 2, 2003, to effect service of the Complaint and Summons on Defendants.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

Marc R. Labgold, Ph.D.
Kevin M. Bell, Esq.
PATTON BOGGS LLP
8484 Westpark Drive, Suite 900
McLean, VA  22102

Richard J. Oparil, Esq.
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C.  20037-1350