UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| STRATAGENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 02-3603 (WMN) |
| | ) | |
| TAKARA HOLDINGS, INC., and | ) | |
| TAKARA BIO, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter came before the undersigned Judge on Plaintiff's Motion to Extend the Time to Serve Defendants with Complaint and Summons, and on due consideration, now therefore, this 3rd day of March, 2003,

IT IS HEREBY ORDERED that Stratagene's Motion is GRANTED and that Stratagene shall have up to and including June 2, 2003, to effect service of the Complaint and Summons on Defendants.

_____
UNITED STATES DISTRICT JUDGE