UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| STRATAGENE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 02-3603 (WMN) |
| | ) |
| TAKARA HOLDINGS, INC., and | ) |
| TAKARA BIO, INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S DISCLOSURE OF AFFILIATIONS AND
FINANCIAL INTERESTS PURSUANT TO LOCAL RULE 103.3**

Pursuant to Local Rule 103.3(a), Plaintiff Stratagene hereby identifies Stratagene Holding Corporation as its parent corporation.  Stratagene is a wholly-owned subsidiary of Stratagene Holding Corporation.

Pursuant to Local Rule 103.3(b), Stratagene hereby states that Stratagene Holding Corporation may have a financial interest in the outcome of the above-captioned litigation.  If Stratagene prevails in this action, Stratagene Holding Corporation may benefit through the receipt of additional capital from Stratagene.

Dated:  April 17, 2003                Respectfully Submitted,

_____/ s /_____
Marc R. Labgold, Ph.D.
Kevin M. Bell (MD Bar #14382)
PATTON BOGGS LLP
8484 West Park Drive
McLean, Virginia  22102
Telephone:  (703) 744-8000
Facsimile:  (703) 744-8001

3622979v1

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C.  20037-1350
Telephone:  (202) 457-6000
Facsimile:   (202) 457-6315

Attorneys for Plaintiff Stratagene

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that they caused the foregoing to be served in the manner indicated on the following attorneys of record this 17th day of April, 2003.

| | |
|---|---|
| Linda Liu Kordziel, Esq.<br>Fish & Richardson P.C.<br>1425 K Street, N.W., 11th Floor<br>Washington, D.C.  20005 | **(Via Hand Delivery)** |
| John B. Pegram, Esq.<br>John T. Johnson, Esq.<br>Fish & Richardson P.C.<br>45 Rockefeller Plaza, Suite 2800<br>New York, NY  10111 | **(Via Facsimile & First-Class Mail)** |
| Frank P. Porcelli, Esq.<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA  02110-2804 | **(Via Facsimile & First Class Mail)** |
| Tamara D. Fraizer, Esq.<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063 | **(Via Facsimile & First Class Mail)** |

                                                      _____/ s /_____<br>
                                                      Kevin M. Bell