UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| STRATAGENE,<br>    Plaintiff,<br><br>v.<br><br>TAKARA HOLDINGS, INC. and<br>TAKARA BIO, INC.,<br>    Defendant. | Civil Action No.   02-3603 (WMN) |

### NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits A-U, which are attachments to PLAINTIFF STRATAGENE'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO (1) QUASH SERVICE OF PROCESS, (2) DISMISS FOR INADEQUATE SERVICE OF PROCESS, AND (3) DISMISS FOR LACK OF PERSONAL JURISDICTION, OR (4) - IF THIS COURT HAS JURISDICTION - TRANSFER, exist only in paper format and if scanned will be larger than 1.5 MB.  It will be filed with the Clerk's Office in paper format.

    I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.


| May 1, 2003 | /s/ Kevin M. Bell |
|---|---|
| *Date* | |
| | Kevin M. Bell (MD Bar No. 14382) |
| | *Printed Name*          *Bar Number* |
| | 8484 Westpark Drive, Suite 900 |
| | *Address* |
| | McLean, VA 22102 |
| | *City/State/Zip* |
| | 703/744-8000          703/744-8001 |
| | *Phone No.*          *Fax No.* |