ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
S. DISTRICT COURT
TRICT OF MARYLAND

| | | |
|---|---|---|
| Stratagene | * | |
| Plaintiff(s) | * | Case No.: 02-3603 (WMN) |
| vs. | * | OFFICE AT GREENBELT |
| Takara Holdings, Inc. and Takara Bio, Inc. | * | BY_____DEPUTY |
| Defendant(s) | * | $50.00  #1311 |
| ****** | | ✓ FEE PAID |

___ FEE NOT PAID (SEND LETTER)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, **Kevin M. Bell**, am a member in good standing of the bar of this Court. My bar number is **14382**. I am moving the admission of **Marc R. Labgold** to appear *pro hac vice* in this case as counsel for **Stratagene**.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Georgia (#430910) | 1995 |
| D.C. (#474969) | 2001 |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court **0** times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

U.S. District Court (Rev. 03/06/2003) - Pro Hac Vice                          Page 1 of 3

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8. The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

MOVANT
_____
Signature

Kevin M. Bell
Printed Name

Patton Boggs, LLP
Firm

8484 Westpark Drive, 9th Fl.
Address   McLean, VA  22102

703-744-8065
Telephone Number

703-744-8001
Fax Number

PROPOSED ADMITTEE
_____
Signature

Marc R. Labgold
Printed Name

Patton Boggs, LLP
Firm

8484 Westpark Drive, 9th Fl.
Address   McLean, VA  22102

703-744-8095
Telephone Number

703-744-8001
Fax Number

*********************************************************************

### ORDER

☑ GRANTED   ☐ DENIED

May 2, 2003
Date

Clerk, United States District Court
By: _____