ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
S. DISTRICT OU

Stratagene
         Plaintiff(s)

vs.

Takara Holdings, Inc. and
Takara Bio, Inc.
         Defendant(s)

Case No.: 02-3603 (WMN)

BY_____DEPUTY  $50.00
#1310

✓ FEE PAID

___ FEE NOT PAID
(SEND LETTER)

### MOTION FOR ADMISSION *PRO HAC VICE*

__Kevin M. Bell__, am a member in good standing of the bar of this Court. My bar number is __14382__. I am moving the admission of __Scott A.M. Chambers__ to appear *pro hac vice* in this case as counsel for __Stratagene__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Virginia (#36583) | 1993 |
| D.C. (#540442) | 1994 |
|  |  |
|  |  |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __1__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

OK
ems

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.  The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

MOVANT
_____
Signature

Kevin M. Bell
Printed Name

Patton Boggs, LLP
Firm

8484 Westpark Drive, 9th Fl.
Address McLean, VA 22102

703-744-8065
Telephone Number

703-744-8001
Fax Number

PROPOSED ADMITTEE
_____
Signature

Scott A.M. Chambers

Patton Boggs, LLP
Firm

8484 Westpark Drive, 9th Fl.
Address   McLean, VA 22102

703-744-8085
Telephone Number

701-744-8001
Fax Number

********************************************************************

## ORDER

☑ GRANTED     ☐ DENIED

May 2, 2003
Date

_____
Clerk, United States District Court
by: Catherine M.N. Scaffidi

U.S. District Court (Rev. 03/06/2003) - Pro Hac Vice

Page 2 of 3