9

Table of Contents

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

Form 10-K

(Mark One)

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2002

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from         to         .

Commission file number 0-25317

# Invitrogen Corporation

(Exact name of registrant as specified in its charter)

| Delaware | 33-0373077 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 1600 Faraday Avenue Carlsbad, California | 92008 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code:
760-603-7200

Securities registered pursuant to Section 12(b) of the Act: None

Securities registered pursuant to Section 12(g) of the Act:
Common Stock $.01 Par Value

*In this Form 10-K, unless the context requires otherwise, "Invitrogen," "Company," "we," "our," and "us" means Invitrogen Corporation and its subsidiaries.*

## PART I

### ITEM 1. Business

**General Development of Our Business**

We began operations as a California partnership in 1987 and incorporated in California in 1989. In 1997 we reincorporated as a Delaware corporation. Our principal offices are in Carlsbad, California.

We have made a number of acquisitions in recent years that have significantly expanded our overall size and the breadth of the products we offer:

- On August 17, 1999, we acquired NOVEX, a developer and manufacturer of pre-cast electrophoresis gels and associated products for gene and protein analysis. The legal entity NOVEX was merged into the Company on October 1, 2001, although NOVEX financial statements were consolidated into our financial statements as of the date of the acquisition.

- On February 2, 2000, we acquired Research Genetics, Inc., a leading supplier of products and services for functional genomics and gene-based drug discovery research. The legal entity Research Genetics, Inc. was merged into the Company on October 1, 2001, although the financial statements were consolidated into our financial statements as of the date of acquisition.

- On June 21, 2000, we acquired Ethrog Biotechnologies Limited, an Israeli company that develops, manufactures, and markets products for laboratory use.

- On September 14, 2000, we completed our mergers with Life Technologies, Inc., a leading manufacturer of life sciences products and services, and its parent company, Dexter Corporation. Substantially all of the businesses and operations of Dexter except for Life Technologies, Inc. were sold prior to the closing of the mergers.

- On December 6, 2002, we completed our acquisition of InforMax, Inc., a leading supplier of informatics software.

- On February 4, 2003, we announced that we had entered into a definitive agreement to purchase substantially all of the assets of PanVera LLC, a subsidiary of Vertex Pharmaceuticals, including its biochemical and cellular assay capabilities and its commercial portfolio of proprietary reagents, probes and proteins.

The NOVEX, Research Genetics and Ethrog acquisitions were all accounted for as poolings of interests. Therefore, our consolidated financial statements have been restated for all periods prior to these acquisitions to reflect the combined financial and operating results of Invitrogen, NOVEX, Research Genetics and Ethrog. The Life Technologies, Dexter and InforMax acquisitions have been accounted for as purchases and, accordingly, the results of their respective operations have been included in the accompanying financial statements from the date of acquisition, which significantly affects the comparability of financial information presented for the periods prior to and following those acquisitions.

Investors wishing to obtain more information about Invitrogen may access our annual, quarterly and other reports and information filed with the SEC. Investors can read and copy any information we have filed with the SEC at the SEC's Public Reference Room at 450 Fifth Street, NW, Washington, DC 20549. You can obtain additional information about the operation of the Public Reference Room by calling the SEC at 1-800-SEC-0330. In addition, the SEC maintains an Internet site (www.sec.gov) that contains reports, proxy and information statements, and other information regarding issuers that file electronically with the SEC, including us. We also maintain an Internet site (www.invitrogen.com) that contains documents as soon as reasonably practicable after such material is electronically filed with or furnished to the SEC.