UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| STRATAGENE,<br><br>    Plaintiff,<br><br>v.<br><br>TAKARA HOLDINGS, INC., and<br>TAKARA BIO, INC.<br><br>    Defendants. | Civil Action No.: WMN 02 CV 3603 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2003 a copy of TAKARA'S REPLY ON ITS MOTION TO QUASH, DISMISS OR TRANSFER which was electronically filed in this case today was mailed via first class mail, postage prepaid to

Scott Chambers, Esq.
Patton Boggs LLP
8484 Westpark Dr., Ninth Fl.
McLean, VA  22102

        /s/  Linda Liu Kordziel
        Linda Liu Kordziel
        Md. Bar No. 15212
        FISH & RICHARDSON P.C.
        1425 K Street, N.W., 11th Floor
        Washington, D.C. 20005
        Telephone:  (202) 783-5070
        Facsimile:  (202) 783-2331