UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| STRATAGENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 02-3603 (WMN) |
| ) | |
| TAKARA HOLDINGS, INC. and ) | |
| TAKARA BIO, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE

PLEASE TAKE NOTICE that, on June 16, 2003, the Court in *Takara Bio, Inc. v. Stratagene*, Civil Action No. 03-0742B (S.D. Cal.) transferred that case to this Court. Both cases involve the same U.S. Patent, No. 5,556,772. In deciding to transfer the case, the U.S. District Court for the Southern District of California cited the existence of this case.

Respectfully submitted,

/s/ Richard J. Oparil
Marc R. Labgold
Kevin M. Bell (MD Bar No. 14382)
Scott A.M. Chambers
PATTON BOGGS LLP
8484 Westpark Drive
McLean, Virginia 22102
(703) 744-8000

Richard J. Oparil (MD Bar No. 13063)
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037-1350
(202) 457-6000

*Attorneys for Plaintiff Stratagene*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that they caused the foregoing to be served in the manner indicated on the following attorneys of record on June 17, 2003:

        Linda Liu Kordziel, Esq.    **(Via Hand Delivery)**
        Fish & Richardson P.C.
        1425 K Street, N.W., 11th Floor
        Washington, D.C.  20005

                                      /s/
                              Richard J. Oparil

#3696495