UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| STRATAGENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 02-3603 (WMN) |
| | ) | |
| TAKARA HOLDINGS, INC. and | ) | |
| TAKARA BIO, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE**

PLEASE TAKE NOTICE that attached hereto is a copy of an Order Granting Defendant's Motion to Transfer, dated June 17, 2003, in *Takara Bio, Inc. v. Stratagene*, Civil Action No. 03-0742B (S.D. Cal.), in which the Court transferred that case to this Court. Because both cases involve the same U.S. Patent, No. 5,556,772, they should be deemed related.

Respectfully submitted,

/s/ Richard J. Oparil
Marc R. Labgold
Kevin M. Bell (MD Bar No. 14382)
Scott A.M. Chambers
PATTON BOGGS LLP
8484 Westpark Drive
McLean, Virginia 22102
(703) 744-8000

Richard J. Oparil (MD Bar No. 13063)
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037-1350
(202) 457-6000

*Attorneys for Plaintiff Stratagene*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that they caused the foregoing to be served in the manner indicated on the following attorneys of record on June 24, 2003:

>Linda Liu Kordziel, Esq.   **(Via Hand Delivery)**
>Fish & Richardson P.C.
>1425 K Street, N.W., 11th Floor
>Washington, D.C.  20005

>_____/s/_____
>Richard J. Oparil

#3702164