FILED
03 JUN 17 PM 3: 24
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKARA BIO, INC.,<br><br>　　　　Plaintiff,<br>vs.<br>STRATAGENE,<br><br>　　　　Defendant. | CASE NO. 03CV0742–B (AJB)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER [Docket No. 10] |

On June 16, 2003 this Court held a hearing on Defendant Stratagene's motion to transfer, dismiss or stay this action. Defendant based its motion on the ground that another action involving the same parties and the same patent is already pending in the United States District Court for the District of Maryland (Case No. WMN 02CV3603). After reviewing the parties' briefs and hearing oral argument, the Court hereby transfers this action to the District of Maryland and closes case number 03CV0742–B.

IT IS SO ORDERED.

DATE: 6-17-03                              _____
                                            UNITED STATES SENIOR DISTRICT JUDGE

cc: All Parties
    Magistrate Judge

- 1 -