UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STRATAGENE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TAKARA HOLDINGS, INC. and<br>TAKARA BIO, INC.,<br><br>　　　　　Defendants. | Civil Action No. 02-3603 (WMN) |
| TAKARA BIO, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STRATAGENE<br><br>　　　　　Defendant. | Civil Action No. 03-1871 (WMN) |

**ORDER**

This matter came before the undersigned Judge on Plaintiff/Defendant Stratagene's Motion to Assign the Stratagene-Takara Litigations to Judge Chasanow. On due consideration, now therefore, this ___ day of August, 2003,

IT IS HEREBY ORDERED that Stratagene's Motion is GRANTED and that Civil Action Nos. 03-1871 and 02-3603 are hereby assigned to Judge Chasanow.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

Marc R. Labgold, Ph.D.
Kevin M. Bell, Esq.
Scott A.M. Chambers, Ph.D.
PATTON BOGGS LLP
8484 Westpark Drive, Suite 900
McLean, VA  22102

Richard J. Oparil, Esq.
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C.  20037-1350

Linda Liu Kordziel, Esq.
Fish & Richardson, P.C.
1425 K Street, N.W., 11th Floor
Washington, DC  20005