IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STRATAGENE                           :
                                     :
v.                                   :    Civil Action WMN-02-3603
                                     :
TAKARA HOLDINGS, INC., et al.        :

### ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 15th day of August, 2003, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendants' Motion to Quash Service of Process, Dismiss for Inadequate Service of Process, and Dismiss for Lack of Personal Jurisdiction, or in the alternative, to Transfer (Paper No. 7) is hereby DENIED; and

2. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

                                    _____/s/_____
                                    William M. Nickerson
                                    Senior United States District Judge