UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| STRATAGENE,<br><br>            Plaintiff,<br><br>v.<br><br>TAKARA HOLDINGS INC., et al.<br><br>            Defendants. | Civil Action No. WMN-02-3603 |

## ANSWER

For their Answer to the Complaint for Patent Infringement by Plaintiff ("Stratagene"), Defendants Takara Holdings, Inc. ("Takara Holdings") and Takara Bio, Inc. ("Takara Bio") respond and plead as follows:

1.    Defendants admit that the Complaint asserts an action under the patent laws of the United States, Title 35, United States Code, and more particularly under 35 U.S.C. § 271 *et seq.*, and that jurisdiction over such matters is conferred upon the Court pursuant to 28 U.S.C. §§ 1331 and 1338(a); but deny that this is a proper action under that law.

2.    Admitted.

3.    Denied, except that Defendants admit that TAKARA HOLDINGS INC. (no comma) is a Japanese limited company with its principal place of business at 20 Naginatahoko-cho, Shijo-dori, Karasuma Higashi-iru, Shimogyo-ku, Kyoto 600-8688, Japan and that TAKARA BIO INC. (no comma) is a Japanese limited company with its principal place of business at Seta 3-4-1, Otsu, Shiga, 520-2193, Japan.

4. Denied.

5. Denied, except that Defendants admit that United States Patent Number 5,556,772 issued on September 17, 1996, naming Joseph A. Sorge and Rebecca L. Mullinax, as inventors, entitled POLYMERASE COMPOSITIONS AND USES THEREOF ("the '772 patent") and that a copy of the '772 patent is appended to the Complaint as Exhibit A.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

## AFFIRMATIVE DEFENSES

Defendants state the following defenses without assuming the burden of proof or persuasion as to any element of Stratagene's claims:

## FIRST DEFENSE

14. Stratagene is not the sole owner of the '772 patent and, therefore, lacks standing to assert it.

## SECOND DEFENSE

15. Because Stratagene is not the sole owner of the '772 patent and lacks standing, this Court lacks subject matter jurisdiction over this infringement action pursuant to 28 U.S.C. §§ 1331 and 1338(a), and 35 U.S.C. § 281.

## THIRD DEFENSE

16. The service of process was insufficient to obtain personal jurisdiction over either of the Defendants.

## FOURTH DEFENSE

17. This Court lacks personal jurisdiction over either of the Defendants.

## FIFTH DEFENSE

18. Defendants have not made, used, offered to sell or sold the accused products in the United States and have not imported the accused products into the United States.

## SIXTH DEFENSE

19. Defendants have not infringed any valid and enforceable claim of the '772 patent.

## SEVENTH DEFENSE

20. Defendants lack liability for infringement of each asserted claim of the '772 patent.

## EIGHTH DEFENSE

21. Defendants have not actively induced infringement of the '772 patent within the meaning of "actively induces" in 35 U.S.C. § 271(b).

## NINTH DEFENSE

22. Stratagene's Complaint is barred by estoppel.

## TENTH DEFENSE

23. Stratagene's Complaint is barred by laches.

## ELEVENTH DEFENSE

24. Stratagene's Complaint is barred by acquiescence.

## TWELFTH DEFENSE

25. Takara Bio is a joint owner of the '772 patent, by assignment from Takara Holdings and Wayne M. Barnes, Ph.D., and therefore may practice the claimed inventions without the consent of and without accounting to Stratagene or any other owner, pursuant to 35 U.S.C. § 262.

### THIRTEENTH DEFENSE

26. Unless and until the inventorship of the '772 patent is corrected to include Takara Bio's assignor, Wayne M. Barnes, Ph.D., the '772 patent is invalid under 35 U.S.C. §102 (f).

### FOURTEENTH DEFENSE

27. Unless and until the inventorship of the '772 patent is corrected to include Takara Bio's assignor, Wayne M. Barnes, Ph.D., the '772 patent is unenforceable.

### FIFTEENTH DEFENSE

28. An award of damages with respect to the period before receipt by Defendants of the courtesy copy of the Complaint, mailed November 4, 2002, is barred by 35 U.S.C. § 287 (a).

### FIFTEENTH DEFENSE

29. An award of costs and attorneys fees to Stratagene is barred by 35 U.S.C. § 288.

### Request for Relief

Defendants respectfully request:

    a. Entry of judgment that Defendants have not infringed or are not liable for infringement of any valid claims of the '772 patent;

    b. award of their costs other than attorneys fees pursuant to F.R.Civ.P. 54 (d)(1);

  c.  award of their attorneys' fees pursuant to 35 U.S.C. § 285 and F.R.Civ.P. 54(d)(2); and

  d.  such other relief as may be proper and just.

            Respectfully submitted,

            TAKARA HOLDINGS INC. and
            TAKARA BIO, INC.

Dated: August 29, 2003     /s/ Linda Liu Kordziel
            Linda Liu Kordziel (Md. Bar No. 15212)
            FISH & RICHARDSON P.C.
            1425 K Street, N.W., 11th Floor
            Washington, D.C. 20005
            Telephone: (202) 783-5070
            Facsimile: (202) 783-2331

            OF COUNSEL:
            John B. Pegram (Bar No. 83128)
            John T. Johnson (Bar No. 83127)
            FISH & RICHARDSON P.C.
            45 Rockefeller Plaza, Suite 2800
            New York, NY 10111
            Telephone: (212) 765-5070
            Facsimile: (212) 258-2291

            Frank P. Porcelli (Bar No. 83251)
            FISH & RICHARDSON P.C.
            225 Franklin Street
            Boston, MA 02110-2804
            Telephone: (617) 542-5070
            Facsimile: (617) 542-8906

            Tamara Fraizer (Bar No. 83130)
            FISH & RICHARDSON P.C.
            500 Arguello Street, Suite 500
            Redwood City, CA 94063
            Telephone: (650) 839-5070
            Facsimile: (650) 839-5071

## CERTIFICATE OF SERVICE

I hereby certify that copies of Takara Holdings Inc.'s Answer to Complaint for Patent Infringement by Stratagene were served, via hand delivery on August 29, 2003 to:

Marc R. Labgold, Ph.D.
Kevin M. Bell
Scott A. M. chambers, Ph.D.
Patton Boggs LLP
8484 Westpark Drive
McLean, Virginia 22102

Richard J. Oparil
Patton Boggs LLP
2550 M Street, NW
Washington, D.C. 20037-1350

/s/
Linda Liu Kordziel

30159524.doc