UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| STRATAGENE,<br><br>        Plaintiff,<br><br>    v.<br><br>TAKARA HOLDINGS INC., et al.<br><br>        Defendants. | Civil Action No. WMN-02-3603 |
| TAKARA BIO INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>STRATAGENE,<br><br>        Defendant. | Civil Action No. WMN-03-1871 |

**CONSENT TO CONSOLIDATION
OF CIVIL ACTION Nos. WMN-02-3603 & WMN-03-1871
BY TAKARA HOLDINGS INC. AND
TAKARA BIO INC.**

Stratagene, Plaintiff in Civil Action No. WMN-02-3603 and Defendant in Civil Action No. WMN-03-1871 and, having moved in WMN-03-1871 on July 29, 2003 to consolidate these civil actions; and

This Court having on August 15, 2003 denied the motion to dismiss Civil Action No. WMN-02-3603 by the Takara parties, rendering moot the Takara parties' principal objection to consolidation;

The Takara parties hereby consent to consolidation of Civil Action Nos. WMN-02-3603 and WMN-03-1871, without waiver of any of their jurisdictional objections, preserving their objections to Stratagene's pending transfer motion and preserving their pending motion to transfer this litigation to the Southern District of California.

                Respectfully submitted,

                TAKARA BIO, INC. and
                TAKARA HOLDINGS, INC.

Dated: August 29, 2003

/s/ Linda Liu Kordziel
Linda Liu Kordziel (Md. Bar No. 15212)
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

OF COUNSEL:
John B. Pegram (Bar No. 83128)
John T. Johnson (Bar No. 83127)
FISH & RICHARDSON P.C.
45 Rockefeller Plaza, Suite 2800
New York, NY 10111
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Frank P. Porcelli (Bar No. 83251)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Tamara Fraizer (Bar No. 83130)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

## CERTIFICATE OF SERVICE

I hereby certify that copies of Consent to Consolidation of Civil Action Nos. WMN-02-3603 & WMN-03-1871 by Takara Holdings Inc. and Takara Bio Inc. were served, via hand delivery on August 29, 2003 to:

Marc R. Labgold, Ph.D.
Kevin M. Bell
Scott A. M. chambers, Ph.D.
Patton Boggs LLP
8484 Westpark Drive
McLean, Virginia 22102

Richard J. Oparil
Patton Boggs LLP
2550 M Street, NW
Washington, D.C. 20037-1350

/s/
Linda Liu Kordziel

30159626.doc