**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

STRATAGENE                          :
                                    :
v.                                  :   Civil Action No. WMN-02-3603
                                    :
TAKARA HOLDINGS, INC., et al.       :

* * * * * * * * * * * * * * * * * * * * * * * * * * *

TAKARA BIO, INC.                    :
                                    :
v.                                  :   Civil Action No. WMN-03-1871
                                    :
STRATAGENE, et al.                  :

**ORDER**

In accordance with the foregoing memorandum, and for the reasons stated therein, IT IS this 24th day of September, 2003, by the United States District Court for the District of Maryland, ORDERED:

1. That Stratagene's Motion to Consolidate, Paper No. 37 in Civil Action No. WMN-03-1871, is GRANTED, and the above-captioned cases are hereby consolidated for all purposes under Civil Action No. WMN-02-3603, and all future pleadings are to be captioned and filed in that action;

2. That all pleadings filed heretofore in Civil Action No. WMN-03-1871 shall be deemed to have been filed in Civil Action No. WMN-02-3603;

3. That Civil Action No. WMN-03-1871 is hereby ADMINISTRATIVELY CLOSED;

4.  That the motions to reassign, Paper No. 19 in Civil Action No. WMN-02-3603 and Paper No. 38 in Civil Action No. WMN-03-1871, are GRANTED and the Clerk shall reassign Civil Action No. WMN-02-3603 to Judge Deborah Chasanow; and

5.  That the Clerk of the Court shall mail or transmit a copy of this Memorandum and Order to all counsel of record.


/s/

_____
William M. Nickerson
Senior United States District Judge