UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STRATAGENE, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | CONSOLIDATED Civil Action |
| | ) | No. DKC 2002-3603 |
| TAKARA HOLDINGS, INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

**JOINT REPORT OF THE PARTIES IN
RESPONSE TO SCHEDULING ORDER**

The Parties jointly report to the Court in response to the December 12, 2003, Scheduling

Order as follows:

1.    The Parties request an early settlement/ADR conference, following the initial

round of discovery, now in progress.

2.    The Parties do not consent to proceed before a Magistrate Judge.

Respectfully submitted,


/s/ Kevin M. Bell
Marc R. Labgold, Ph.D.
Kevin M. Bell, Esq. (Bar No. 14382)
Scott A.M. Chambers, Ph.D.
PATTON BOGGS LLP
8484 Westpark Drive, Suite 900
McLean, Virginia 22102
Telephone: (703) 744-8000
Facsimile: (703) 744-8001


Richard J. Oparil, Esq. (Bar No. 13063)
Patton Boggs LLP
2660 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315


Counsel for Plaintiff Stratagene

/s/ John B. Pegram
Linda Liu Kordziel (MD Bar No. 15212)
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331


John B. Pegram (Bar No. 83128)
Fish & Richardson P.C.
45 Rockefeller Plaza, Suite 2800
ew York, New York 10111
Telephone: (212) 765-5070
Facsimile: (212) 258-2291


Counsel for Takara Defendants