

8484 Westpark Drive
Suite 900
McLean, VA 22102-5117
703-744-8000

Facsimile 703-744-8001
www.pattonboggs.com

January 13, 2004

Kevin M. Bell
(703) 744-8065
KBell@pattonboggs.com

Practice Limited To Matters
Before Federal Courts

**VIA ELECTRONIC FILING**

The Honorable Deborah K. Chasanow
United States District Court
For the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re:   *Stratagene v. Takara Holdings, Inc., et al.*
      CONSOLIDATED Civil Action Nos. DKC 2002-3603

Dear Judge Chasanow:

Plaintiff, Stratagene, requests a brief telephone conference at the Court's earliest convenience. Since the outset of this case, Stratagene has actively tried to reach agreement on an appropriate form of protective order to ensure the confidentiality of information exchanged during discovery. To date, the parties have been unable to reach an agreement in this regard. The failure to do so continues to hamper our ability to move forward with discovery in this case. Stratagene believes that a brief conference with Your Honor would resolve this issue and avoid further unnecessary delay.

Respectfully submitted,

/S/

Kevin M. Bell


cc:   John B. Pegram, Esq.