UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

6500 CHERRYWOOD LANE
SUITE 335A
GREENBELT,
MARYLAND 20770
(301) 344-0630
Fax:  (301) 344-0629

January 21, 2004

Kevin Monroe Bell, Esquire
Marc R. Labgold, Esquire
PATTON BOGGS LLP
8484 Westpark Dr Ninth Floor
McLean VA 22102

John B. Peagram, Esquire
FISH & RICHARDSON PC
45 Rockefeller Plaza Suite 2800
New York NY 10111

  Re: *Stratagene v. Takara Holdings, Inc., et al.*
     Civil No. DKC 02-3603

Dear Counsel:

  Pursuant to the referral of this case to me for resolution of discovery disputes, a telephone conference was held on January 20, 2004, to discuss the proposed order regarding the confidentiality of discovery materials.  The parties will submit a proposed order that conforms in substance to the order contained in Appendix D of the Local Rules.  They will not modify paragraph 1(c), and will stipulate that paragraph 5 can by modified by subsequent agreement.

  Documents designated as confidential will be reviewed only under counsel's personal supervision.  Client access will be limited to two representatives for each party, whose identity will be disclosed to the opposing party one week before they see the documents.  Parties will not make copies of confidential documents received from another party and will not send them out of the United States.  Counsel may take confidential documents out of the United States but must retain personal custody of them at all times.

  I will contact counsel on February 17, 2004, to discuss the scheduling of a settlement conference.

  Despite the informal nature of this letter, it is an order of the court and the clerk is directed to docket it as such.

                    Sincerely,

/S/

Jillyn K. Schulze
United States Magistrate Judge