

8484 Westpark Drive
Suite 900
McLean, VA 22102-5117
703-744-8000

Facsimile 703-744-8001
www.pattonboggs.com

February 6, 2004

Scott A. Chambers
(703) 744-8085
schambers@pattonboggs.com

Hon. Jillyn K. Schulze
U.S. District Court for the District of Maryland
Southern Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re:   *Stratagene v Takara, Inc. et al.*
      Consolidated Civil Action No. DKC 02-3603

Dear Judge Schulze:

  In response to the Court's Order/Letter, dated January 21, 2004, the parties hereby provide a Stipulated Protective Order conforming to the Order/Letter with one modification addressing document copying. Following a series of telephone conversations between John Pegram, counsel for Takara, and myself over the week of January 26, 2004, the parties have agreed under the Stipulated Protective Order to permit creation of copies of confidential information for outside counsel's use for administrative purposes. As set forth in the Stipulated Protective Order at paragraphs 1(d)(i) – (iv), review of such confidential information should occur only under the control and supervision of attorneys of record in this case.

  Mr. Pegram has authorized us to sign this Stipulated Protective Order, as attached, on his behalf.

Respectfully submitted,

*[signature]*

Scott A.M. Chambers, Ph.D.

Enclosure
SAC/BKL