# Bell, Kevin

| | |
|---|---|
| **From:** | Bell, Kevin |
| **Sent:** | Monday, February 23, 2004 9:37 PM |
| **To:** | pegram@fr.com |
| **Cc:** | Labgold, Marc; Chambers, Scott |
| **Subject:** | Stratagene v. Takara |

John:

I am writing to respond to certain of your prior inquiries. I understand that Scott has responded to certain issues. I apologize in advance if there is any overlap.

With respect to your 2/10/04 letter to Scott, Stratagene responds as follows:

Your numbered paragraph 3: Stratagene will not agree to "phase" this case and initially address only the issue of Takara's affirmative defense of inventorship. As stated during the parties' call with the Magistrate, we believe all issues should proceed forward in the normal course of litigation. We will oppose any effort by Takara to only proceed with discovery regarding inventorship at this time. Stratagene intends to proceed with discovery on all necessary issues during the Court-ordered discovery period.

Accordingly, to the extent Takara intends to maintain this position, Stratagene intends to move to compel complete responses to its discovery responses. Please let us know if Takara will provide complete responses to Stratagene's discovery requests and remove its objections regarding limiting discovery to Takara's inventorship defense.

Your numbered paragraph 4: As you know, Stratagene has now produced its documents responsive to Takara's discovery requests.

Your numbered paragraph 5.1: Stratagene has not limited its response to only those events occuring after 1991.

Your numbered paragraph 5.2: Stratagene's documents have been produced.

Your numbered paragraph 5.3: Stratagene has produced its documents which responds to Takara's requests.

I believe the topics in your 2/11/04 letter are now moot. If not, please let me know and I will clarify.

Kevin

1

**Bell, Kevin**

---

**From:** Bell, Kevin
**Sent:** Tuesday, February 24, 2004 12:07 AM
**To:** John Pegram
**Cc:** Labgold, Marc; Chambers, Scott
**Subject:** RE: Stratagene v. Takara

John:

For purposes of full disclosure, Judge Schulze did call and speak to Scott and me. She informed us that she had already spoken to you and indicated that you informed her as set forth below. We informed her that we were producing Stratagene's documents within the next day or so. We also informed her that while we were always willing to discuss mediation with the Court's assistance, that it did not appear the parties were both in agreement to do so at this time. We also informed her that given Takara's discovery responses and objections therein, that Stratagene would most likely be forced to move to compel complete responses.

Kevin

-----Original Message-----
From: John Pegram [mailto:JBP@fr.com]
Sent: Wednesday, February 18, 2004 3:03 PM
To: Chambers, Scott; Bell, Kevin
Cc: Takara Internal; John Pegram; Labgold, Marc
Subject: Stratagene v. Takara


Dear Scott & Kevin:

I tried reaching you both today and left voicemail messages.

1. We requested a telephone conference about scheduling back in January. At that time Scott told me he was busy, but would get back to me.

2. We have not yet received the Stratagene documents. As a result, we have missed the opportunity to send them to Japan with John Johnson today.

3. Judge Schulze called me yesterday. She asked if Takara was ready to schedule mediation. I told her that, although she had signed the protective order, we had not received the Stratagene documents. She mentioned that she had left a message for Stratagene's counsel, but did not mention who.

I look forward to a call soon.

John

John B. Pegram
~ Fish & Richardson P.C.
45 Rockefeller Plaza, Suite 2800
New York, New York 10111
tel (212)765-5070
fax (212)258-2291
pegram@fr.com

This e-mail message is intended for the sole use of the intended recipient(s) and may contain information that is confidential, privileged and/or attorneys' work product. Any review or distribution by any other person is prohibited. If you are not an intended

# Bell, Kevin

| | |
|---|---|
| **From:** | Bell, Kevin |
| **Sent:** | Tuesday, February 24, 2004 12:18 AM |
| **To:** | John Pegram |
| **Cc:** | Labgold, Marc; Chambers, Scott |
| **Subject:** | RE: Stratagene v. Takara |

John:

Thank you for your response.

CDs are acceptable to Stratagene. We have reviewed the documents produced on Takara's first CD which appear to be very limited in their responsiveness to Stratagene's requests. Can you provide us with an indication of what documents will be included on the second CD-ROM and an indication as to when we might receive it? Given Takara's objections to Stratagene's discovery and its current responses, we anticipate the need to file a motion to compel. If you believe your second production of documents will eliminate the need for some or all of our motion to compel, please advise. For purposes of your consideration, we intend to move to compel complete responses to all of Stratagene's discovery requests. As currently stated, Takara's responses are limited, through objections and information provided, to Takara's affirmative defense of inventorship. As stated in our prior correspondence, Stratagene will not agree to proceed in this manner and believes that discovery should proceed on all issues present in the case, including infringement and damages.

Additionally, we acknowledge your designation of confidentiality for your upcoming supplemental production.

Let us know. Thanks.

Kevin

-----Original Message-----
From: John Pegram [mailto:JBP@fr.com]
Sent: Thursday, February 19, 2004 5:18 PM
To: Bell, Kevin
Cc: Chambers, Scott; Takara Internal
Subject: Stratagene v. Takara


Kevin:

In answer to your question today about Takara's document production, a first set was sent to Marc Labgold ion a CD-ROM with a copy of a letter to Charles E. Lipsey, Esq. dated January 22, 2004.

A second CD-ROM of documents is being completed and will be sent in the near future.

If you prefer paper copies, please let me know.

We are marking additional documents as Confidential, for production in the near future.

John

John B. Pegram
~ Fish & Richardson P.C.
45 Rockefeller Plaza, Suite 2800
New York, New York 10111
tel (212)765-5070
fax (212)258-2291

1

# Bell, Kevin

**From:** Bell, Kevin
**Sent:** Tuesday, February 24, 2004 12:26 AM
**To:** 'John Pegram'
**Cc:** Labgold, Marc; Chambers, Scott
**Subject:** RE: Stratagene v. Takara - Discovery Schedule

John:

Further to Scott's message earlier today, to the extent you wish to discuss limitations on discovery, we would propose the following:

1. Interrogatories - limit of 25/side.
2. Requests to Admit - limit to 25/side.
3. Requests for production of documents and things - unlimited.
4. Please let us know your thoughts. We do not believe that 10 depositions/side is necessary. We would be willing to agree to a reduced number of depositions with a limit on total hours. The total hour number can also include time for any expert depositions taken.

Kevin

-----Original Message-----
From: Chambers, Scott
Sent: Monday, February 23, 2004 10:48 AM
To: 'John Pegram'; Labgold, Marc; Bell, Kevin
Cc: Takara Internal
Subject: RE: Stratagene v. Takara - Discovery Schedule


John, it is my understanding that there is already a scheduling order in place. It's not clear why you want to depart from it. If you feel a different scheduling order would benefit both parties, I would expect that you would propose one in writing prior to engaging in a letter writing campaign complaining we are not responding to your unstated requests and requesting a meeting with the judge. I do not recall receiving any written proposal from you, and it is difficult to comment upon any request you might have without seeing a concrete proposal. Without any alternative proposal from you, I believe the best practice would be to stay on the schedule already set forth, as we previously indicated we would. If you feel a different proposal is necessary, please provide your proposal, we will comment upon it as soon as practical.           Scott

-----Original Message-----
From: John Pegram [mailto:JBP@fr.com]
Sent: Monday, February 23, 2004 10:37 AM
To: Labgold, Marc; Chambers, Scott; Bell, Kevin
Cc: Takara Internal
Subject: Stratagene v. Takara - Discovery Schedule


Dear Marc, Scott & Kevin:

Apparently your schedule has not permitted you to respond to our requests for a telephone conference of counsel to discuss a revised discovery schedule in this case.

Therefore, we suggest a conference with Magistrate Judge Schulze, in person if that is practical, otherwise by telephone. We plan to write to Judge Schulze today, requesting such a conference.

We also request your agreement that presently scheduled deadlines be deferred pending such a conference.

1

Regards,

John
John B. Pegram
~ Fish & Richardson P.C.
45 Rockefeller Plaza, Suite 2800
New York, New York 10111
tel (212)765-5070
fax (212)258-2291
pegram@fr.com
This e-mail message is intended for the sole use of the intended
recipient(s) and may contain information that is confidential,
privileged and/or attorneys' work product. Any review or distribution
by any other person is prohibited. If you are not an intended
recipient, please immediately contact the sender and delete all
copies.

# Bell, Kevin

| | |
|---|---|
| **From:** | Bell, Kevin |
| **Sent:** | Tuesday, February 24, 2004 7:52 PM |
| **To:** | John Pegram |
| **Cc:** | Labgold, Marc; Chambers, Scott |
| **Subject:** | RE: Stratagene v. Takara - Stratagene Documents |

John:

Thanks for your message. I sent you a number of e-mails yesterday (4) regarding discovery-related issues, some of which relate and/or respond to issues raised in your letter to the Magistrate submitted today. Can you confirm that you received all 4 e-mails from me? If not, I will send them to you again. Thanks, again.

Kevin

-----Original Message-----
From: John Pegram [mailto:JBP@fr.com]
Sent: Tuesday, February 24, 2004 10:18 AM
To: Chambers, Scott; Bell, Kevin
Cc: John Pegram
Subject: RE: Stratagene v. Takara - Stratagene Documents


Scott & Kevin:

Here is a copy of the letter being sent to Judge Schulze by Ms. Kordziel this morning.

It was intended to go yesterday, but we had a technical problem.

We are also having E-Mail queue problems this morning, so I will also fax this to you.

John

John B. Pegram
~ Fish & Richardson P.C.
45 Rockefeller Plaza, Suite 2800
New York, New York 10111
tel (212)765-5070
fax (212)258-2291
pegram@fr.com

This e-mail message is intended for the sole use of the intended recipient(s) and may contain information that is confidential, privileged and/or attorneys' work product. Any review or distribution by any other person is prohibited. If you are not an intended recipient, please immediately contact the sender and delete all copies.