UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

6500 CHERRYWOOD LANE
SUITE 335A
GREENBELT, MARYLAND 20770
(301) 344-0630
Fax: (301) 344-0629

March 8, 2004

Marc R. Labgold, Esquire
Scott A. Chambers, Esquire
PATTON BOGGS LLP
8484 Westpark Dr Ninth Floor
McLean VA 22102

John B. Peagram, Esquire
FISH & RICHARDSON PC
45 Rockefeller Plaza Suite 2800
New York NY 10111

      Re:    *Stratagene v. Takara Holdings, Inc., et al.*
              Civil No. DKC 02-3603

Dear Counsel:

      Pursuant to the referral of this case to me for resolution of discovery disputes, a recorded telephone hearing was held today to discuss scheduling and other issues. This letter will confirm the rulings made, for reasons stated during the hearing.

      Takara's request for limited initial discovery was denied, and discovery will therefore proceed as to all issues. Takara's responses to previously served Requests for Production of Documents and Interrogatories are due by March 29, 2004.

      Takara's request to modify the scheduling order is granted. The following schedule will not be extended except for extraordinary cause:

| | |
|---|---|
| Submission of status report | April 23, 2004 |
| Plaintiff's Supplemental Rule 26(a)(2) disclosure re experts | May 21, 2004 |
| Defendant's Rule 26(a)(2) disclosures re experts | June 25, 2004 |
| Plaintiff's Rebuttal Rule 26(a)(2) disclosures re experts | July 23, 2004 |

Counsel
*Stratagene v. Takara Holdings, Inc., et al.*
Civil No. DKC 02-3603
March 8, 2004
Page 2

| | |
|---|---|
| Rule 26(e)(2) supplementation of disclosures and responses | August 6, 2004 |
| <u>Discovery deadline:</u> <u>Submission of status report</u> | September 3, 2004 |
| Requests for admissions | September 17, 2004 |
| <u>Dispositive pretrial</u> <u>motions deadline</u> | October 4, 2004 |

    Despite the informal nature of this letter, it is an order of the court and the clerk is directed to docket it as such.

                                              Sincerely,

                                              /S/

                                            Jillyn K. Schulze
                                            United States Magistrate Judge