ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Stratagene
        Plaintiff(s)            *

vs.                             *     Case No.: DKC 2002-3603

Takara Holdings, Inc., et al    *
        Defendant(s)            *
                            ******

**MOTION FOR ADMISSION *PRO HAC VICE***

I, Linda Kordziel, am a member in good standing of the bar of this Court. My bar number is 15212. I am moving the admission of Autumn Ji Sun Hwang to appear *pro hac vice* in this case as counsel for Defendant.

We certify that:

1.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Appellate Division of the Supreme Court of New York 1st Dept. | December 11, 2003 |
| | |
| | |

2.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court  0  times.

3.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules



of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.  The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *signature* | *signature* |
| Signature | Signature |
| Linda Kordziel | Autumn Ji Sun Hwang |
| Printed Name | Printed Name |
| Fish & Richardson, P.C. | Fish & Richardson, P.C. |
| Firm | Firm |
| 1425 K Street, NW 11th Floor Washington, DC 20005 | 45 Rockefeller Plaza, Ste 2800 New York, New York 10111 |
| Address | Address |
| 202-783-5070 | 212-765-5070 |
| Telephone Number | Telephone Number |
| 202-783-2331 | 212-258-2291 |
| Fax Number | Fax Number |

*******************************************************************

## ORDER

☑ GRANTED        ☐ DENIED

4-12-04                    Felicia C. Cannon
_____                    _____
Date                       Clerk, United States District Court

                           by *signature*