UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STRATAGENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CONSOLIDATED Civil Action |
| ) | Nos. DKC 2002-3603 |
| TAKARA HOLDINGS INC., et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S STATUS REPORT PURSUANT TO MARCH 8, 2004 ORDER**

Plaintiff, Stratagene, submits this Status Report pursuant to the Court's March 8, 2004 Order. For its Status Report, Stratagene states:

**A.     Current Discovery Schedule**

Stratagene does not currently seek amendment of the discovery schedule set forth in the Court's March 8, 2004 Order. It may prove necessary, however, to seek an extension of at least the May 21, 2004 deadline for Stratagene's supplemental Fed.R.Civ.P. R. 26(a)(2) disclosures regarding experts, unless Takara Holdings Inc., et al. ("Takara") immediately supplements its responses to Stratagene's outstanding discovery requests. Takara has failed to fully respond to numerous requests. Stratagene is seeking to narrow the issues in the hope that the parties can resolve them without Court intervention.

**B.     Remaining Discovery to Be Completed**

   1.   Interrogatories and Requests for Production

Stratagene has provided complete responses to Takara's first set of interrogatories and first set of requests for documents. On April 8, 2004, Takara served Stratagene a second set of interrogatories and a second set of requests for documents. Stratagene is in the process of responding to these requests.

Takara unilaterally limited its initial responses to Stratagene's First Set of Interrogatories (1 – 10) and First Set of Requests for the Production of Documents and Things (1 – 29) to the issues of inventorship and ownership of Stratagene's U.S. Patent No. 5,556,772 (issued Sept. 17, 1996) ("the '772 patent"). Stratagene raised its objection to Takara's unilateral action with the Court during a telephone conference on March 8, 2004. The Court thereafter ordered Takara to supplement its discovery responses by March 29, 2004. Takara did so, but these supplemental responses remain deficient in several material respects, including Takara's refusal to provide documents other than those Takara believes are representative. Stratagene formally notified Takara of its deficient supplemental responses on April 8, 2004. Stratagene has since notified Takara of its deficient supplemental discovery responses on several occasions, most recently on April 22, 2004. To date, Takara has not indicated that it will supplement its existing responses.

Takara's deficient responses continue to forestall the efficient progression of this case. Stratagene's ability to meet the current May 21, 2004 deadline for supplemental Fed.R.Civ.P. R. 26(a)(2) disclosures continues to be compromised by Takara's incomplete discovery responses. If unable to resolve the issue, Stratagene will seek an order compelling complete responses and/or to preclude Takara from attempting to introduce the withheld material at trial.

    2.    <u>Depositions</u>

The parties have scheduled the third party witness deposition of Dr. Wayne M. Barnes for May 7, 2004, providing Dr. Barnes complies with the corresponding document production by May 6, 2004. Dr. Barnes claims to be a joint inventor of the '772 patent.

The parties have scheduled the deposition of Dr. Joseph A Sorge for May 5, 2004. Dr. Sorge is the Chief Executive Office of Stratagene and an inventor of the '772 patented invention. No other depositions have been noticed by Takara.

Stratagene has served upon Takara a comprehensive Deposition Notice pursuant to Fed.R.Civ.P. R. 30(b)(6).  Takara has objected to the date of the deposition and to most of the topics set forth in Stratagene's Deposition Notice.  Further, Takara is presently refusing to produce any R. 30(b)(6) deponent(s) within the United States.  Stratagene may be required to move this Court for an Order compelling this testimony unless Takara makes its R. 30(b)(6) deponents available in the coming weeks for a domestic deposition.

Stratagene has also noticed the May 13, 2004 Fed.R.Civ.P. R. 30(b)(6) deposition of Fish & Richardson P.C., with a corresponding request for documents and things to be produced on that same date.  This deposition notice and document request seeks information related to Dr. Wayne Barnes and his nonprivileged communications with Fish & Richardson P.C.

3. <u>Pending Motions</u>

There are currently no pending dispositive or discovery motions.

4. <u>Settlement Discussions</u>

The parties have not yet engaged in formal settlement negotiations.

5. <u>ADR</u>

Stratagene neither believes that referral of this case to another judge of this court nor other ADR procedures would be helpful at this time given Takara's unwillingness to cooperate in simple discovery issues.

6. <u>Trial of This Matter</u>

A trial date is not currently set in this matter.  Stratagene believes five (5) days are required for the trial of this matter.

Dated:  April 23, 2004 　　　　　　　　　　　Respectfully submitted,


    /s/ Marc R. Labgold, Ph.D.
Marc R. Labgold, Ph.D.
Kevin M. Bell (Bar # 14382)
Scott A.M. Chambers, Ph.D.
PATTON BOGGS LLP
8484 Westpark Drive
McLean, Virginia 22102
Telephone:  (703) 744-8000
Facsimile:  (703) 744-8001


Richard J. Oparil (Bar # 13063)
PATTON BOGGS LLP
2500 M Street, N.W.
Washington, D.C. 20037
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315

Attorneys for Plaintiff/Defendant Stratagene

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing PLAINTIFF'S STATUS REPORT PURSUANT TO MARCH 8, 2004 ORDER was served on April 23, 2004 in the manner indicated on the following attorneys of record:

**Facsimile and FedEx**

Linda Liu Kordziel
Fish & Richardson, P.C.
1425 K Street, N.W. 11th Floor
WASHINGTON, D.C. 20005


John B. Pegram, Esq.
Fish & Richardson, P.C.
45 Rockefeller Plaza, Suite 2800
New York, New York 10111

Tamara Fraizer, Ph.D.
Fish & Richardson P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94063-1526


　　　　　　　　　　　　/s/　　　　　　　　　　　　
　　　　　　　　　Marc R. Labgold, Ph.D.