UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| STRATAGENE,<br><br>               Plaintiff,<br><br>v.<br><br>TAKARA HOLDINGS INC., et al.<br><br>               Defendants. | CONSOLIDATED ACTION<br><br>Civil Action No. DKC 2002-3603 |

### DEFENDANT TAKARA BIO INC.'S STATUS REPORT

Defendant Takara Bio Inc. ("Takara") submits this Status Report pursuant to the Court's March 8, 2004 Order.

Takara attempted to file a joint status report with Stratagene by sending a proposed statement to counsel for Stratagene. Because counsel for Stratagene has filed its own report, Takara is filing a separate report.

#### A.     Current Discovery Schedule

Takara does not currently seek amendment of the discovery schedule.

#### B.     Remaining Discovery To Be Completed

##### 1.     Interrogatories and Requests for Production

Each of the parties has served and responded to the other party's initial requests for documents and interrogatories. Takara recently, on April 8, 2004, served a second set of requests for documents and interrogatories, and is awaiting Stratagene's responses.

Each of the parties has raised objections to the other party's discovery responses in various letters of record. The parties are continuing their dialogue on these issues.

      2a.      <u>Depositions Noticed or Indicated by Takara</u>

The parties are working to schedule several depositions within the next month, but no depositions have yet been taken.

The parties have scheduled Takara's deposition of Dr. Joseph Sorge, named inventor on the '772 patent, for May 5, 2004. Takara is waiting to receive possible dates for the deposition of Ms. Rebecca Mullinax, also a named inventor on the '772 patent. Takara has indicated its intent to take the depositions of two former Stratagene employees, Dr. Eric Mathur and Ms. Denise Wyborski.

The parties are working to schedule the deposition of Dr. Barnes. Dr. Barnes is the named inventor on the '149 patent that is assigned to Takara, and the alleged co-inventor of the '772 patent. Takara first noticed the deposition of Dr. Barnes and delayed this deposition to accommodate the filing of Stratagene's subpoena for documents, which unilaterally identified May 7, 2004 as the date of deposition.

      2b.      <u>Depositions Noticed or Indicated by Stratagene</u>

Stratagene sent a notice of deposition of Takara, pursuant to Fed.R.Civ.P. 30(b)(6), to the attorneys for Takara. However, Takara had previously indicated to Stratagene that any deposition of Takara would need to take place in Japan.

Counsel for Takara at Fish & Richardson P.C. received service of Stratagene's subpoena of Fish & Richardson P.C. today.

      2.      <u>Pending Motions</u>

There are no currently pending motions.

      3.      <u>Settlement Discussions</u>

Takara and Stratagene are continuing to discuss a possible settlement.

      4.      <u>ADR</u>

Takara does not request an early settlement/ADR conference at this time. Takara is willing to reconsider the possibility of scheduling such a conference following the taking of the currently anticipated depositions.

    4.    <u>Trial of This Matter</u>

A trial date is not currently set in this matter.

        Respectfully submitted,

        TAKARA BIO INC.

Dated: April 23, 2004        <u>/s/ Tamara Fraizer</u>
        John B. Pegram (Bar No. 83128)
        John T. Johnson (Bar No. 83127)
        FISH & RICHARDSON P.C.
        45 Rockefeller Plaza, Suite 2800
        New York, NY 10111
        Telephone: (212) 765-5070
        Facsimile: (212) 258-2291

        Linda Liu Kordziel (Md. Bar No. 15212)
        FISH & RICHARDSON P.C.
        1425 K Street, N.W., 11th Floor
        Washington, D.C. 20005
        Telephone: (202) 783-5070
        Facsimile: (202) 783-2331

        Frank P. Porcelli (Bar No. 83251)
        FISH & RICHARDSON P.C.
        225 Franklin Street
        Boston, MA 02110-2804
        Telephone: (617) 542-5070
        Facsimile: (617) 542-8906

        Tamara Fraizer (Bar No. 83130)
        FISH & RICHARDSON P.C.
        500 Arguello Street, Suite 500
        Redwood City, CA 94063
        Telephone: (650) 839-5070
        Facsimile: (650) 839-5071

50211896.doc