UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| STRATAGENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CONSOLIDATED Civil Action |
| ) | Nos. DKC 2002-3603 |
| TAKARA HOLDINGS INC., et al. ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION AND ORDER**

Plaintiff Stratagene and Defendants Takara Holding, Inc. and Takara Bio, Inc. (hereinafter referred to as "the Parties") have agreed to and hereby seek the Court's approval of the following Stipulation.

WHEREAS the Parties have initiated significant good-faith settlement negotiations to resolve this litigation;

WHEREAS the Parties believe that a 90-day stay of the current scheduling order would significantly aid the Parties in attempting to reach a comprehensive final settlement to dispose of this action, while avoiding the taking of discovery that may disrupt the settlement negotiations and/or become unnecessary; and

WHEREAS the Parties have agreed, in the event that a settlement and dismissal of this action is not completed during the 90-day stay and subject to the Court's approval, to extend the dates of the remaining deadlines on the Court's current scheduling order by 90 days from the expiration of the stay; and

WHEREAS the Parties have agreed to jointly approach the Court to seek permission to stay this case for a 90-day period to attempt to reach final resolution of this matter.

NOW THEREFORE, it is hereby STIPULATED by and between the Parties – and the Parties hereby respectfully request that the Court issue an ORDER in accordance with this Stipulation – as follows:

1. This action will be stayed for 90 days, subject to the Court's approval, from the date of entry of this Order.

2. Should this action not be settled and dismissed by the conclusion of the 90-day stay, the Parties will advise the Court of the re-initiation of the litigation and submit a proposed amended scheduling order in accordance with the provisions of this stipulation for the Court's consideration and approval.

| | |
|---|---|
| May 21, 2004 | May 21, 2004 |
| FISH & RICHARDSON | PATTON BOGGS LLP |
| /s/ Tamara Fraizer | /s/ Kevin M. Bell |
| (signed by Kevin M. Bell with permission of Tamara Fraizer) | Marc R. Labgold, Ph.D.<br>Kevin M. Bell (Bar # 14382)<br>Scott A.M. Chambers, Ph.D. |
| Linda Liu Kordziel<br>Fish & Richardson, P.C.<br>1425 K Street, N.W. 11th Floor<br>Washington, D.C. 20005 | PATTON BOGGS LLP<br>8484 Westpark Drive<br>McLean, Virginia 22102<br>Telephone: (703) 744-8000<br>Facsimile: (703) 744-8001 |
| John B. Pegram<br>Fish & Richardson, P.C.<br>45 Rockefeller Plaza, Suite 2800<br>New York, New York 10111 | Richard J. Oparil (Bar # 13063)<br>PATTON BOGGS LLP<br>2500 M Street, N.W.<br>Washington, D.C. 20037 |
| Tamara Fraizer, Ph.D.<br>Fish & Richardson P.C.<br>500 Arguello Street<br>Suite 500<br>Redwood City, CA 94063 | Telephone: (202) 457-6000<br>Facsimile: (202) 457-6315<br><br>*Attorneys for Plaintiff Stratagene* |
| *Attorneys for Defendants*<br>*Takara Holdings, Inc. and Takara Bio, Inc.* | |

**SO ORDERED** this _____ day of May, 2004.

_____
The Honorable Deborah K. Chasnow
United States District Judge