UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| STRATAGENE,<br><br>        Plaintiff,<br><br>v.<br><br>TAKARA HOLDINGS, INC., et al.,<br><br>        Defendants. | CONSOLIDATED Civil Action<br>No. DKC 2002-3603 |

## NOTICE OF CHANGE OF ADDRESS

Fish & Richardson P.C., hereby notifies the Court and all counsel that effective **September 20, 2004**, the new address of its New York Office will be as follows:

**Fish & Richardson P.C.**
**Citigroup Center - 52nd Floor**
**153 East 53rd Street**
**New York, NY 10022-4611**

The phone number, fax number and email addresses will remain the same.

FISH & RICHARDSON P.C.

Dated: September 13, 2004

By: /s/ John B. Pegram
John B. Pegram
John T. Johnson
45 Rockefeller Plaza, Suite 2800
New York, New York 10111
Phone: (212) 765-5070
Fax:     (212) 258-2291

*Attorneys for Defendant*
TAKARA HOLDINGS, INC.