## UNITED STATES DISTRICT COURT
### DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**　　　　　　　　　　　　　　　　　　　6500 Cherrywood Lane
UNITED STATES DISTRICT JUDGE　　　　　　　　　　　　　　　　Greenbelt, MD  20770
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(301) 344-0634

September 29, 2004

TO:  Counsel

RE:  Stratagene v. Takara Holdings
     Civil Action No. DKC 2002-3603

Dear Counsel:

　　Please submit a jointly prepared status report, via electronic filing no later than October 15, 2004.

　　Thank you.

　　　　　　　　　　　　　　　Very truly yours,


　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　DEBORAH K. CHASANOW
　　　　　　　　　　　　　　　United States District Judge

Case 1:02-cv-03603-DKC    Document 48    Filed 09/29/2004    Page 2 of 2