UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| STRATAGENE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TAKARA HOLDINGS INC., et al. )<br>)<br>    Defendants. ) | CONSOLIDATED Civil Action<br>Nos. DKC 2002-3603 |

**JOINT STATUS REPORT OF THE PARTIES**

The parties jointly report to the Court in response to the Court's request dated September 29, 2004.

Pursuant to the Court's Order dated May 21, 2004, staying this case for 90 days and extending the remaining discovery deadlines at least 90 days from the expiration of the stay, plaintiff Stratagene and Defendants Takara Holding, Inc. and Takara Bio, Inc. (hereinafter referred to as "the Parties") have agreed to and hereby seek the Court's approval of the following amended schedule:

1. Deadline for Plaintiff's Supplemental Rule 26(a)(2) disclosure re: experts: December 3, 2004;

2. Deadline for Defendant's Rule 26(a)(2) disclosure re: experts: January 7, 2004;

3. Deadline for Plaintiff's Rebuttal Rule 26(a)(2) disclosure re: experts: February 9, 2005;

4. Deadline for Rule 26(e)(2) supplementation of disclosures and responses: February 6, 2005;

5. Deadline for discovery cut-off; submission of status report: March 9, 2005;

6. Deadline for serving requests for admissions: April 1, 2005; and

7. Deadline for the filing of dispositive pretrial motions: April 18, 2005.

| | |
|---|---|
| October 15, 2004 | October 15, 2004 |
| FISH & RICHARDSON | PATTON BOGGS LLP |
| /s/ Tamara Fraizer | /s/ Kevin M. Bell |
| (signed by Kevin M. Bell with permission of Tamara Fraizer) | Marc R. Labgold, Ph.D. |
| Linda Liu Kordziel (Bar # 15212) | Kevin M. Bell (Bar # 14382) |
| Fish & Richardson, P.C. | Scott A.M. Chambers, Ph.D. |
| 1425 K Street, N.W. 11th Floor | PATTON BOGGS LLP |
| Washington, DC 20005 | 8484 Westpark Drive |
| | McLean, Virginia 22102 |
| John B. Pegram | Telephone: (703) 744-8000 |
| Fish & Richardson, P.C. | Facsimile: (703) 744-8001 |
| Citigroup Center – 52nd Floor | |
| 153 East 53rd Street | Richard J. Oparil (Bar # 13063) |
| New York, NY 10022-4611 | PATTON BOGGS LLP |
| | 2500 M Street, N.W. |
| | Washington, DC 20037 |
| Tamara Fraizer, Ph.D. | Telephone: (202) 457-6000 |
| Fish & Richardson P.C. | Facsimile: (202) 457-6315 |
| 500 Arguello Street | |
| Suite 500 | |
| Redwood City, CA 94063 | *Attorneys for Plaintiff Stratagene* |

*Attorneys for Defendants*
*Takara Holdings, Inc. and Takara Bio, Inc.*

**SO ORDERED** this _____ day of October, 2004.

_____
The Honorable Deborah K. Chasnow
United States District Judge