___FILED ___ENTERED
___LODGED ___RECEIVED

OCT 1 8 2004

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| STRATAGENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CONSOLIDATED Civil Action |
| ) | Nos. DKC 2002-3603 |
| TAKARA HOLDINGS INC., et al. ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT OF THE PARTIES

The parties jointly report to the Court in response to the Court's request dated September 29, 2004.

Pursuant to the Court's Order dated May 21, 2004, staying this case for 90 days and extending the remaining discovery deadlines at least 90 days from the expiration of the stay, plaintiff Stratagene and Defendants Takara Holding, Inc. and Takara Bio, Inc. (hereinafter referred to as "the Parties") have agreed to and hereby seek the Court's approval of the following amended schedule:

1. Deadline for Plaintiff's Supplemental Rule 26(a)(2) disclosure re: experts: December 3, 2004;

2. Deadline for Defendant's Rule 26(a)(2) disclosure re: experts: January 7, 2004;

3. Deadline for Plaintiff's Rebuttal Rule 26(a)(2) disclosure re: experts: February 9, 2005;

4. Deadline for Rule 26(e)(2) supplementation of disclosures and responses: February 6, 2005;

5. Deadline for discovery cut-off; submission of status report: March 9, 2005;

6. Deadline for serving requests for admissions: April 1, 2005; and

7. Deadline for the filing of dispositive pretrial motions: April 18, 2005.

October 15, 2004

FISH & RICHARDSON

__/s/ Tamara Fraizer__
(signed by Kevin M. Bell with permission of Tamara Fraizer)
Linda Liu Kordziel (Bar # 15212)
Fish & Richardson, P.C.
1425 K Street, N.W. 11th Floor
Washington, DC 20005

John B. Pegram
Fish & Richardson, P.C.
Citigroup Center – 52nd Floor
153 East 53rd Street
New York, NY 10022-4611

Tamara Fraizer, Ph.D.
Fish & Richardson P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94063

*Attorneys for Defendants
Takara Holdings, Inc. and Takara Bio, Inc.*

October 15, 2004

PATTON BOGGS LLP

__/s/ Kevin M. Bell__
Marc R. Labgold, Ph.D.
Kevin M. Bell (Bar # 14382)
Scott A.M. Chambers, Ph.D.
PATTON BOGGS LLP
8484 Westpark Drive
McLean, Virginia 22102
Telephone: (703) 744-8000
Facsimile: (703) 744-8001

Richard J. Oparil (Bar # 13063)
PATTON BOGGS LLP
2500 M Street, N.W.
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

*Attorneys for Plaintiff Stratagene*

**SO ORDERED** this _15th_ day of October, 2004.

_____
The Honorable Deborah K. Chasnow
United States District Judge

2

3642586v1