**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

FILED _____ ENTERED
LODGED _____ RECEIVED

DEC    2004

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| STRATAGENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSOLIDATED Civil Action |
| | ) | Nos. DKC 2002-3603 |
| TAKARA HOLDINGS INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION AND ORDER**

Plaintiff Stratagene and Defendants Takara Holdings, Inc. and Takara Bio Inc. (hereinafter referred to as "the Parties") have agreed to and hereby seek the Court's approval of the following Stipulation.

WHEREAS the Parties have continued good-faith settlement negotiations to resolve this litigation and have made significant progress toward an agreement in principle;

WHEREAS the Parties believe that a 90-day stay of the current scheduling order would significantly aid the Parties in attempting to reach a comprehensive final settlement to dispose of this action, while avoiding the taking of discovery that may disrupt the settlement negotiations and/or become unnecessary; and

WHEREAS the Parties have agreed, in the event that a settlement and dismissal of this action is not completed during the 90-day stay and subject to the Court's approval, to extend the dates of the remaining deadlines on the Court's current scheduling order by 90 days from the expiration of the stay; and

WHEREAS the Parties have agreed to jointly approach the Court to seek permission to stay this case for a 90-day period to attempt to reach final resolution of this matter.

NOW THEREFORE, it is hereby STIPULATED by and between the Parties, and the Parties hereby respectfully request that the Court issue an ORDER in accordance with this Stipulation, as follows:

1.      This action will be stayed for 90 days, subject to the Court's approval, from the date of entry of this Order.

2.      Should this action not be settled and dismissed by the conclusion of the 90-day

stay, the Parties will advise the Court of the re-invitation of the litigation and

submit a proposed amended scheduling order in accordance with the provisions

of this stipulation for the Court's consideration and approval.

December 1, 2004                          December 1, 2004

FISH & RICHARDSON P.C.                    PATTON BOGGS LLP


_____/s/ Linda Liu Kordziel_____      ___/s/ Kevin M. Bell_____
                                          (signed by Linda Liu Kordziel with
                                          permission of Kevin M. Bell)


Linda Liu Kordziel (Bar # 15212)         Marc R. Labgold, Ph.D.
Fish & Richardson, P.C.                   Kevin M. Bell (Bar # 14382)
1425 K Street, N.W. 11th Floor            Scott A.M. Chambers, Ph.D.
Washington, D.C. 20005                    PATTON BOGGS LLP
Telephone: (202) 783-5070                 8484 Westpark Drive
Facsimile: (202) 783-2331                 McLean, Virginia 22102
                                          Telephone: (703) 744-8000
John B. Pegram                            Facsimile:  (703) 744-8001
Fish & Richardson, P.C.
153 East 53rd Street
52nd Floor                                Richard J. Oparil (Bar # 13063)
New York, NY  10022-4611                  PATTON BOGGS LLP
                                          2500 M Street, N.W.
                                          Washington, D.C. 20037
Tamara Fraizer, Ph.D.                     Telephone: (202) 457-6000
Fish & Richardson P.C.                    Facsimile:  (202) 457-6315
500 Arguello Street
Suite 500                                 *Attorneys for Plaintiff Stratagene*
Redwood City, CA 94063


*Attorneys for Defendants*
*Takara Holdings, Inc. and Takara Bio, Inc.*

SO ORDERED this _/s/_ day of December, 2004

_Deborah K. Chasnow_
The Honorable Deborah K. Chasnow
United States District Judge

New Stipulation.doc