UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| STRATAGENE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSOLIDATED Civil Action |
| | ) | Nos. DKC 2002-3603 |
| TAKARA HOLDINGS INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION AND ORDER**

Plaintiff Stratagene Corporation and Defendants Takara Holdings, Inc. and Takara Bio Inc. (hereinafter referred to as "the Parties") have agreed to and hereby seek the Court's approval of the following Stipulation.

WHEREAS the Parties have continued good-faith settlement negotiations to resolve this litigation and have made significant progress toward an agreement in principle, including completing near final drafts of such agreement and related agreements;

WHEREAS the Parties believe that a 60-day stay of the current scheduling order would significantly aid the Parties in attempting to reach a comprehensive final settlement to dispose of this action, while avoiding the taking of discovery that may disrupt the settlement negotiations and/or become unnecessary; and

WHEREAS the Parties have agreed, in the event that a settlement and dismissal of this action is not completed during the 60-day stay and subject to the Court's approval, to extend the dates of the remaining deadlines on the Court's current scheduling order by 90 days from the expiration of the stay; and

WHEREAS the Parties have agreed to jointly approach the Court to seek permission to stay this case for a 60-day period to attempt to reach final resolution of this matter.

NOW THEREFORE, it is hereby STIPULATED by and between the Parties, and the Parties hereby respectfully request that the Court issue an ORDER in accordance with this Stipulation, as follows:

1. This action will be stayed for 60 days, subject to the Court's approval, from the date of entry of this Order.

2.  Should this action not be settled and dismissed by the conclusion of the 60-day stay, the Parties will advise the Court of the re-invitation of the litigation and submit a proposed amended scheduling order in accordance with the provisions of this stipulation for the Court's consideration and approval.

| | |
|---|---|
| March 24, 2004 | March 24, 2004 |
| FISH & RICHARDSON P.C. | PATTON BOGGS LLP |
| __/s/_____ | _____/s/   (by permission)_____ |
| Linda Liu Kordziel (Bar # 15212) | Marc R. Labgold, Ph.D. |
| Fish & Richardson, P.C. | Kevin M. Bell (Bar # 14382) |
| 1425 K Street, N.W. 11th Floor | Scott A.M. Chambers, Ph.D. |
| Washington, D.C. 20005 | PATTON BOGGS LLP |
| Telephone: (202) 783-5070 | 8484 Westpark Drive |
| Facsimile: (202) 783-2331 | McLean, Virginia 22102 |
| | Telephone: (703) 744-8000 |
| John B. Pegram | Facsimile:   (703) 744-8001 |
| Fish & Richardson, P.C. | |
| 153 East 53rd Street | Richard J. Oparil (Bar # 13063) |
| 52nd Floor | PATTON BOGGS LLP |
| New York, NY 10022-4611 | 2500 M Street, N.W. |
| | Washington, D.C. 20037 |
| Tamara Fraizer, Ph.D. | Telephone: (202) 457-6000 |
| Fish & Richardson P.C. | Facsimile:   (202) 457-6315 |
| 500 Arguello Street | |
| Suite 500 | *Attorneys for Plaintiff Stratagene* |
| Redwood City, CA 94063 | *Corporation* |

*Attorneys for Defendants*
*Takara Holdings, Inc. and Takara Bio, Inc.*

    SO ORDERED this ____ day of March, 2004

                                                            _____
                                                            The Honorable Deborah K. Chasnow
                                                            United States District Judge