# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| STRATAGENE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TAKARA HOLDINGS INC., et al. )<br>)<br>Defendants. ) | CONSOLIDATED Civil Action<br>Nos. DKC 2002-3603 |

## JOINT STIPULATION AND ORDER

Plaintiff Stratagene Corporation and Defendants Takara Holdings, Inc. and Takara Bio Inc. (hereinafter referred to as "the Parties") have agreed to and hereby seek the Court's approval of the following Stipulation.

WHEREAS the Parties have continued good-faith settlement negotiations to resolve this litigation and have made significant progress toward an agreement, including completing near final drafts of such agreement and related agreements, and anticipate that a formal resolution will be achieved soon;

WHEREAS the Parties believe that a 60-day stay of the current scheduling order would significantly aid the Parties in reaching such formal resolution, which will include a comprehensive final settlement to dispose of this action, and avoid the taking of discovery that may disrupt the settlement negotiations and/or become unnecessary and also avoid wasting this Court's resources; and

WHEREAS the Parties have agreed, subject to the Court's approval, to further extend the dates of the remaining deadlines on the Court's current scheduling order by 60 days; and

WHEREAS the Parties have agreed to jointly approach the Court to seek permission to stay this case for an additional 60-day period to attempt to formalize a final resolution of this matter.

NOW THEREFORE, it is hereby STIPULATED by and between the Parties, and the Parties hereby respectfully request that the Court issue an ORDER in accordance with this Stipulation, as follows:

1. This action will be stayed for 60 days, subject to the Court's approval, from the date of entry of this Order.

2. Should this action not be settled and dismissed by the conclusion of the 60-day stay, the Parties will advise the Court of the re-initiation of the litigation and submit a proposed amended scheduling order in accordance with the provisions of this and previous stipulations for the Court's consideration and approval.

| | |
|---|---|
| September 20, 2005 | September 20, 2005 |
| FISH & RICHARDSON P.C. | PATTON BOGGS LLP |
| /s/   Linda Liu Kordziel | /s/   Kevin M. Bell   . |
| | (signed by permission) |
| Linda Liu Kordziel (Bar # 15212) | Marc R. Labgold, Ph.D. |
| Fish & Richardson, P.C. | Kevin M. Bell (Bar # 14382) |
| 1425 K Street, N.W. 11th Floor | Scott A.M. Chambers, Ph.D. |
| Washington, D.C.  20005 | PATTON BOGGS LLP |
| Telephone: (202) 783-5070 | 8484 Westpark Drive |
| Facsimile: (202) 783-2331 | McLean, Virginia 22102 |
| | Telephone: (703) 744-8000 |

| | |
|---|---|
| John B. Pegram<br>Fish & Richardson, P.C.<br>153 East 53rd Street<br>52nd Floor<br>New York, NY  10022-4611 | Facsimile:   (703) 744-8001<br><br>Richard J. Oparil (Bar # 13063)<br>PATTON BOGGS LLP<br>2500 M Street, N.W.<br>Washington, D.C. 20037 |
| Tamara Fraizer, Ph.D.<br>Fish & Richardson P.C.<br>500 Arguello Street<br>Suite 500<br>Redwood City, CA 94063 | Telephone: (202) 457-6000<br>Facsimile:   (202) 457-6315<br><br>*Attorneys for Plaintiff Stratagene Corporation* |

*Attorneys for Defendants*
*Takara Holdings, Inc. and Takara Bio, Inc.*

       SO ORDERED this ____ day of_____, 2004

                                            _____
                                            The Honorable Deborah K. Chasnow
                                            United States District Judge

Stipulation 091605.doc