UNITED STATES DISTRICT COURT
FOR DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| STRATAGENE CORPORATION, | ) Case No.: DKC 02 CV 3603 |
| Plaintiff, | ) **MOTION FOR SUBSTITUTION OF** |
| v. | ) **COUNSEL** |
| TAKARA HOLDINGS, INC., et al., | ) |
| Defendants. | ) |

Plaintiff Stratagene Corporation hereby substitutes Krieg, Keller, Sloan, Reilley & Roman LLP, 114 Sansome Street, 4th Floor, San Francisco, California 94104 as counsel of record in place of Patton Boggs, LLP, 8484 Westpark Drive, Suite 900, McLean, Virginia, 22102.

I hereby consent to the above substitution of counsel.

DATED: December 6, 2005

By: _____
RONNI SHERMAN
Executive Vice President and General Counsel
STRATAGENE CORPORATION

I accept this substitution.

DATED: December 7, 2005   PATTON BOGGS, LLP

By: *Marc R. Labgold/GNB*
MARC R. LABGOLD, Ph.D.
8484 Westpark Drive, Suite 900
McLean, Virginia, 22102
Telephone: (703) 744-8000
Facsimile: (703) 744-8001

Attorneys for Plaintiff
STRATAGENE CORPORATION

I accept this substitution.

DATED: December 5, 2005   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: *Ken Keller*
KENNETH E. KELLER
*Pro hac vice pending*
114 Sansome Street, 4th Floor
San Francisco, California 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Plaintiff
STRATAGENE CORPORATION

68656

2