IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STRATAGENE CORPORATION,               *

      Plaintiff,

v.                                    *        Case No. DKC 02 CV 3603

TAKARA HOLDINGS, INC., *et al.*,

      Defendants.
              ******

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for:   Plaintiff Stratagene Corporation

    I certify that I am admitted to practice in this court.

1/31/06
Date

_____
Signature of Counsel

Martin S. Himeles, Jr.              3430
Print Name                    Bar Number

Zuckerman Spaeder LLP
Firm Name

100 East Pratt Street, Suite 2440
Address

Baltimore, Maryland 21202
City/State/Zip

(410) 332-0457 tel.
Phone Number

(410) 659-0436 fax
Fax Number

mhimeles@zuckerman.com
Email Address