ORIGINAL

✓ FEE PAID

___ FEE NOT PAID
   (SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Stratagene Corporation
                Plaintiff(s)       *

vs.                                *       Case No.: DKC 02 CV 3603

Takara Holdings, Inc.              *
                Defendant(s)
                                ******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Martin S. Himeles, Jr., am a member in good standing of the bar of this Court. My bar number is 3430. I am moving the admission of Lori L. Behun to appear *pro hac vice* in this case as counsel for Stratagene Corporation.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| California State Courts | 1999 |
| Northern District of California | 2002 |
| Central, Southern, Eastern District of California | 2003 |
| Minnesota State Courts | 1999 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

U.S. District Court (Rev. 03/06/2003) - Pro Hac Vice                                    Page 1 of 3

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.     The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.     Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.     **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.     The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

MOVANT

_____
Signature

Martin S. Himeles, Jr.
Printed Name

Zuckerman Spaeder LLP
Firm

100 E. Pratt Street, Suite 2440
Address

(410) 332-0457
Telephone Number

(410) 659-0436
Fax Number

PROPOSED ADMITTEE

_____
Signature

Lori L. Behun
Printed Name

Krieg, Keller, Sloan, Reilley & Roman
Firm

114 Sansome Street, 4th Floor, SF, CA
Address

(415) 249-8330
Telephone Number

(415) 249-8333
Fax Number

*************************************************************************

## ORDER

☑ GRANTED          ☐ DENIED

_February 1, 2006_          Felicia C. Cannon
Date                                Clerk, United States District Court
                                    By: _____

U.S. District Court (Rev. 03/06/2003) - Pro Hac Vice                              Page 2 of 3