IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| STRATAGENE CORPORATION, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. DKC 02 CV 3603 |
| | * | |
| TAKARA HOLDINGS, INC., *et al.*, | * | |
| | * | |
| Defendants. | * | |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Plaintiff Stratagene Corporation in the above-captioned case. I certify that I am admitted to practice in this court.

February 3, 2006

\_\_\_/s/_____
Sean P. Vitrano, Esq. (#26682)
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
(410) 332-0444 tel.
(410) 659-0436 fax
*svitrano@zuckerman.com*