**UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | | |
|---|---|---|
| STRATAGENE, | ) | |
| | ) | |
|      Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: DKC 02 CV 3603 |
| | ) | |
| TAKARA HOLDINGS, INC., et al., | ) | |
| | ) | |
|      Defendants. | ) | |
| | ) | |
| | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's February 24, 2006 "Paperless Electronic Order," the parties hereby submit the following jointly prepared status report.

As the Court is aware, this case is a consolidation of two lawsuits involving U.S. Patent No. 5,556,772 ("the '772 Patent"), assigned to Stratagene, entitled *Stratagene v. Takara Holdings, Inc., et al.,* Civil Action No. 02-CV-3603-DKC, and *Takara Bio. Inc. v. Stratagene et al.*, Civil Action No. 03-CV-01871-WMN. (These cases are collectively referred to for purposes of this Report as the "Action").

On May 21, 2005, the parties filed a Joint Stipulation requesting that the Court stay this Action for 90 days pending the parties' settlement negotiations. (*See* Docket No. 45.)  The Court issued a paperless Order on May 21, 2005 approving that Stipulation.  (*See* Docket No. 46.)  The parties submitted another Joint Stipulation on March 24, 2005 requesting that the Court stay the Action for an additional 60 days pending further settlement discussions.  (*See* Docket No. 53.) The Court issued a paperless Order approving that stipulation on March 24, 2005.  (*See* Docket No. 54.)  The parties filed an additional Joint Stipulation on June 21, 2005 requesting another 60 day stay, which the Court approved on June 21, 2005.  (*See* Docket Nos. 55, 56.)

On September 20, 2005, the parties filed the most recent Joint Stipulation requesting that the Court stay the Action for 60 days pending the parties' settlement negotiations. (*See* Docket No. 57.)  The Court issued a paperless Order on September 20, 2005 granting the parties' Stipulation, thereby staying this case for another 60 days. (*See* Docket No. 58.)  The parties have been engaged in active settlement discussions and they are working diligently to document a "universal settlement" of all disputes between the parties.  The parties are hopeful that the settlement will be finalized shortly..

The parties will advise the Court when and if a settlement is reached, and in the case of settlement, will submit the appropriate dismissal papers.

Respectfully submitted,

DATED:  March 14, 2006

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By:    /s/   Kenneth E. Keller

KENNETH E. KELLER (*Pro hac vice*)
114 Sansome Street, 4th Floor
San Francisco, California  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Plaintiff
STRATAGENE CORPORATION (formerly "Stratagene")

DATED:  March 14, 2006

FISH & RICHARDSON, P.C.

By:    /s/   Linda Liu Kordziel

LINDA LIU KORDZIEL (Bar # 15212)
1425 K Street, N.W. 11th Floor

70691

Washington, D.C. 20005
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

Attorneys for Defendants
TAKARA HOLDINGS, INC. AND TAKARA
BIO, INC.