UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| STRATAGENE,<br><br>     Plaintiff,<br><br>v.<br><br>TAKARA HOLDINGS INC. et al.<br><br>     Defendants. | Consolidated Civil Action no.<br>DKC-02-3603 |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and the agreement of the parties, that this action is dismissed with prejudice. Each side is to bear its own attorneys' fees and costs.

Respectfully submitted,

By: /s/ Martin S. Himeles, Jr.
Martin S. Himeles, Jr. (Bar #3430)
Sean P. Vitrano
ZUCKERMAN SPAEDER LLP
100 E. Pratt St., Ste. 2440
Baltimore, MD 2102
Tel: 410-332-0457
Fax: 410-659-0436

Christopher T. Holland
Kenneth E. Keller
Lori L. Behun
KRIEG KELLER SLOAN REILLEY AND ROMAN LLP
114 Sansome St., 4th Fl
San Francisco, CA 94104
Tel: 415-249-8330
Fax: 415-249-8333

*Attorneys for Plaintiff Stratagene*

By: /s/ Linda L. Kordzeil
Linda L. Kordzeil (Bar #15212)
FISH & RICHARDSON P.C.
1425 K Street, N.W.
11th Floor
Washington, DC 20005-3500
Tel: 202-783-5070
Fax: 202-783-2331

John B. Pegram
Autumn J.S. Hwang
FISH & RICHARDSON P.C.
Citigroup Building
153 E. 53rd St., 52nd Fl.
New York, NY 10024

Tamara D. Fraizer, Ph.D.
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, California 94063
Tel: 650-839-5070
Fax: 650-839-5071

*Attorneys for Defendants Takara Holdings, Inc. and Takara Bio., Inc.*

SO ORDERED this _____ day of _____, 2006

_____
The Honorable Deborah K. Chasnow
United States District Judge